FAISAL M. ZUBAIRI (SBN 244233)
zubairi.faisal@dorsey.com
LYNNDA A. McGLINN (SBN 161756)
mcglinn.lynnda@dorsey.com
DORSEY & WHITNEY LLP
600 Anton Boulevard, Suite 2000
Costa Mesa, CA 92626-7655
Telephone: (714) 800-1400
Facsimile: (714) 800-1499

Attorneys for Plaintiff
U.S. BANK NATIONAL ASSOCIATION, solely as Securities Intermediary

JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| U.S. BANK NATIONAL ASSOCIATION, as Securities Intermediary, | Case No. 2:21-cv-03489-JFW-RAOx |
|---|---|
| Plaintiff, | Hon. John F. Walter |
| v. | **ORDER OF DISMISSAL** |
| SUN LIFE ASSURANCE COMPANY OF CANADA, | Complaint Filed: April 6, 2021<br>Notice of Removal Filed: April 23, 2021<br>Trial Date: February 22, 2022 |
| Defendant. | |

For good cause appearing and upon consideration of the Stipulation for Dismissal signed by counsel,

IT IS HEREBY ORDERED that the above-captioned action is dismissed pursuant to Federal Rule of Civil Procedure 41(a) with prejudice, and with each party is to bear their own attorney's fees and costs.

IT IS SO ORDERED.

Date: June 4, 2021

*/s/ John F. Walter*
Hon. John F. Walter, U.S. District Court Judge